# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**
JUL 3 2003

Kathleen Kessel and Beverly Meador

v.

Cook County, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 3980

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Jury returns its verdict first, with respect to Plaintiff Kathleen Kessel's Title VII sexual harassment claim the jury finds for Plaintiff Kathleen Kessel and finds damages for her in the amount of $500,000.00; second, with respect to Plaintiff Beverly Meador's Title VII sexual harassment claim the jury finds for the Defendant Cook County Sheriff's Department; third, with respect to Plaintiff Kathleen Kessel's assault and battery claim, the jury finds for Plaintiff Kathleen Kessel and finds damages for her in the amount of $100,000.00, and punitive damages in the amount of $100,000.00; fourth, with respect to Plaintiff Beverly Meador's assault and battery claim, the jury finds for Defendant James Grayes. The Court hereby enters Judgment consistent with the Jury's verdict. Trial Ends - Jury.

Michael W. Dobbins, Clerk of Court

Date: 7/2/2003

Theresa Hammonds, Deputy Clerk

324