IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN KESSEL and BEVERLY MEADOR | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 00 C 3980 |
| v. | ) ) | Hon. Amy St. Eve |
| COUNTY OF COOK, et al. | ) ) | |
| Defendants. | ) | |

**FILED MAY 11 2004 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**DOCKETED MAY 12 2004**

### AGREEMENT OF THE PARTIES TO WITHDRAW APPEAL 03-3050 and CROSS-APPEAL 03-3410

The Parties to the above captioned cases voluntarily agree to withdraw their respective appeals regarding these matters. Plaintiffs agree to withdraw appeal number 03-3050 and defendants agree to withdraw cross-appeal number 03-3410.

The Parties agree that the withdrawal of these appeals is with prejudice and that neither party will reinstate or attempt to reinstate any appeals regarding case 00 C 3980. It is also expressly understood that upon withdrawal of the appeals in this case, the judgment entered by the district court will be satisfied pursuant to the signed settlement agreement.

_____
Luke Casson
One of Plaintiffs' Attorneys

_____
Gregory Vaci
Assistant State's Attorney
One of Defendants' Attorneys

1