Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 3980 | DATE | 6/7/2004 |
| CASE TITLE | Kessel vs. Cook County | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ■ Status hearing held.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Order. Defendants' motion for entry of Order and Dismissal is granted. Defendant Cook County is to issue a check in payment of attorney's fees to Mark S. Schaffner in the amount of $101,250.00. Plaintiff's motion to extinguish attorney lien of Dana L. Kurtz is denied as moot, in light of the State Court proceedings. Detailed Order to follow.

*[signature: Amy J. St. Eve]*

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | JUN 0 8 2004 | 385 |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | JXM | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| TH | courtroom deputy's initials | 2004 JUN -7 PM 7:51 U.S. DISTRICT COURT CLERK | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DOCKETED
JUN 08 2004

| | | |
|---|---|---|
| KATHLEEN KESSEL and BEVERLY MEADOR, Plaintiffs, | ) | |
| v. | ) | Case No. 00 C 3980 |
| COOK COUNTY; COOK COUNTY SHERIFF'S DEPARTMENT and JAMES GRAYES. Defendants. | ) | Hon. Judge Amy St. Eve |

**ORDER**

This matter coming to be heard upon the parties joint motion for entry of an order awarding attorney's fees, the Defendants, Cook County Sheriff's Department and James Grayes, being represented by counsel, Richard A. Devine, Cook County State's Attorney, through Assistant State's Attorneys Maureen Feerick and Gregory Vaci, and the Plaintiff Kathleen Kessel being represented by counsel, Mark Schaffner, the Court orders as follows:

Defendant Cook County is to issue a check in payment of attorney's fees to Mark S. Schaffner in the amount of one hundred one thousand, two hundred fifty dollars ($101,250.00).

ENTER:

Amy St. Eve, Judge
United States District Court for the
Northern District of Illinois

Dated: 6-7-04

385